20,048-05

IN THE TEXAS COURT OF CRIMINAL
APPEALS, AUSTIN, TEXAS


CHRISTOPHER W. STODDART
        APPLICANT                              CAUSE #555054


TO THE DISTRICT CLERK
    ABEL ACOSTA


IN REFERENCE TO THE DOCKET SHEET
SUBMITTED BY THE DISTRICT CLERK'S OFFICE


To the Honorable Clerk Abel Acosta,

    I am the above applicant in this cause requesting a copy of
the docket sheet file with Cause #555054-D on March 17.2015.Please.
Thank You for your assistance highly appreciated.

    Inclosed is a stamped envelope,Return to the applicant in ob-
taining the information.


                              Respectfully Submitted,
                              Christopher W. Stoddart

                              4-28-15

                              RECEIVED IN
                            COURT OF CRIMINAL APPEALS
                                 MAY 01 2015

                              Abel Acosta, Clerk